Christopher Seidman (SBN 98884)
Harmon & Seidman LLC
101 South Third Street, Suite 265
Grand Junction, Colorado 81501
Tel: (970) 245-9075
Fax: (970) 245-8086
E-mail: chris@harmonseidman.com

Robert W. Crockett (SBN 79918)
Harmon & Seidman LLC
33 Spindrift Passage
Corte Madera, California 94925
Tel: (415) 945-1830
E-mail: robert@harmonseidman.com

Heather R. Norton (SBN 257014)
Harmon & Seidman LLC
2627 18th Avenue
San Francisco, California 94116
Tel: (415) 728-3527
E-mail: heather@harmonseidman.com

*Attorneys for Plaintiff Carr Clifton*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARR CLIFTON, <br><br> Plaintiff, <br><br> v. <br><br> MACMILLAN PUBLISHERS LTD., <br><br> Defendant. | Case No. CV 13 2291 KAW <br><br> COMPLAINT <br><br> DEMAND FOR JURY TRIAL |

Plaintiff Carr Clifton ("Clifton") for his Complaint against Defendant Macmillan Publishers Ltd. ("Macmillan") alleges:

1

COMPLAINT

## STATEMENT OF ACTION

1. This is an action for copyright infringement brought by Plaintiff Carr Clifton, the holder of all copyrights to the photographs described hereafter and originally licensed for limited use by Macmillan, against Defendant for uses of Plaintiff's photographs without his authority or permission.

## PARTIES

2. Carr Clifton is a professional photographer engaged in licensing photographic images to publishers, including Macmillan. He is a United States citizen and a resident of Taylorsville, California.

3. Macmillan is a privately held international publishing company owned by Georg von Holtzbrinck Publishing Group. Macmillan has offices worldwide, including in New York. Macmillan sells and distributes textbooks via its employees and agents in California and throughout the United States, including the publications in suit and ancillary materials, in which Plaintiff's photographs are unlawfully reproduced.

## JURISDICTION

5. This is an action for injunctive relief, statutory damages, monetary damages, and interest under the copyright laws of the United States. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 (federal question) and 1338 (copyright).

## VENUE

6. Venue is appropriate in this District pursuant to 28 U.S.C. §§ 1391(a) and (b) and 28 U.S.C. §§ 1400(a).

## FACTS COMMON TO ALL COUNTS

7. Clifton is the owner of copyrights in the attached photographic images ("Photographs") depicted in Exhibit 1, whose registration status with the United States Copyright Office is set forth in that exhibit.

8. Between 1997 and 2010, in response to permission requests from Macmillan, Clifton sold Macmillan limited licenses to use copies of the Photographs in certain educational

COMPLAINT

publications. The licenses Clifton granted Macmillan were expressly limited by number of copies, distribution area, language, duration and/or media as set forth in Exhibit 1.

9. On information and belief, at the time Macmillan represented to Clifton in its requests that it needed specified, limited licenses to use the Photographs, Macmillan knew its actual uses under the licenses would exceed the permission it was requesting.

10. Upon information and belief, Macmillan exceeded the permitted uses under the terms of the limited licenses granted by Clifton in the publications identified in Exhibit 1 and related ancillary publications, including, but not limited to, custom editions, pupil editions, teacher editions, and study guides, as well as digital, electronic and online editions, e-books, CDs, DVDs, CD-ROMs, flash drives, screen shots, laser disks, audiotapes, videotapes, Power Point presentations, uses on Internet websites, advertising and sales materials, samples, pilots, facsimiles, and other associated publications and products.

11. Upon information and belief, Macmillan used the Photographs without any permission in additional publications and related ancillary publications. Because Macmillan alone knows these wholly unauthorized uses, Clifton cannot further identify them without discovery.

12. Macmillan alone knows the full extent to which it has infringed Clifton's copyrights by violating his license limits.

13. Prior to filing this lawsuit, Macmillan admitted using the Photographs without authorization and requested "retroactive" licenses to excuse its copyright infringements. Clifton requested that Macmillan provide specific information regarding Macmillan's unauthorized uses of the Photographs. Macmillan did not provide the requested information.

14. All exhibits attached hereto are incorporated into this Complaint by this reference.

## COUNT I
## COPYRIGHT INFRINGEMENT AGAINST MACMILLAN

15. Plaintiff incorporates herein by this reference each and every allegation contained in the paragraphs set forth above.

COMPLAINT

16. The foregoing acts of Macmillan constitute infringements of Plaintiff's copyrights in the Photographs in violation of 17 U.S.C. §§ 501 et seq.

17. Plaintiff suffered damages as a result of Macmillan's unauthorized use of the Photographs.

WHEREFORE, Plaintiff requests the following:

1. A preliminary and permanent injunction against Defendant and anyone working in concert with Defendant from copying, displaying, distributing, selling or offering to sell Plaintiff's Photographs described in this Complaint and Plaintiff's photographs not included in suit.

2. As permitted under 17 U.S.C. § 503, impoundment of all copies of Plaintiff's Photographs used in violation of Plaintiff's exclusive copyrights as well as all related records and documents and, at final judgment, destruction or other reasonable disposition of the unlawfully used Photographs, including digital files and any other means by which they could be used again by Defendant without Plaintiff's authorization.

3. An award of Plaintiff's actual damages and all profits derived from the unauthorized use of Plaintiff's Photographs or, where applicable and at Plaintiff's election, statutory damages.

4. An award of Plaintiff's reasonable attorneys' fees.

5. An award of Plaintiff's court costs, expert witness fees, interest and all other amounts authorized under law.

6. Such other and further relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury of all issues permitted by law.

DATED: May 17, 2013

    Plaintiff Carr Clifton, by his attorneys,

    *s/ Heather R. Norton*

    Heather R. Norton (SBN 257014)
    Harmon & Seidman LLC
    2627 18th Avenue
    San Francisco, California 94116
    Tel: (415) 728-3527
    E-mail: heather@harmonseidman.com

COMPLAINT

Robert W. Crockett (SBN 79918)
Harmon & Seidman LLC
33 Spindrift Passage
Corte Madera, California 94925
Tel: (415) 945-1830
E-mail: robert@harmonseidman.com

Christopher Seidman (SBN 98884)
Harmon & Seidman LLC
101 South Third Street, Suite 265
Grand Junction, Colorado 81501
Tel: (970) 245-9075
Fax: (970) 245-8086
E-mail: chris@harmonseidman.com

EXHIBIT 1

| Claim | Image | Description | Image ID | Invoice | Invoice Date | Publication | License Limits | Registration Certificate # | Date of Registration |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | Carr Clifton/Shawangunk Mountains, NY | 88-2-NY-C | Invoice No. 10649 | Oct. 1, 1997 | Understanding Earth, 2ed., 1988, by Press & Siever. | 40,000; 1/3P; NA; Eng.; CD-ROM | Service Request # 1; 91664775I | Application Date: April 5, 2013 |
| 2 | | Carr Clifton/Jasper National Park, Alberta, CA | 92-12-AB-F | Invoice No. 10649 | Oct. 1, 1997 | Understanding Earth, 2ed., 1988, by Press & Siever. | 40,000; 1/4 p.; NA; Eng.; CD-ROM | VAu 338-163 | 29-Dec-95 |
| 3 | | Carr Clifton/Glacier Bay National Park, AK | 93-55-AK-3 | Invoice No. 10649 | Oct. 1, 1997 | Understanding Earth, 2ed., 1988, by Press & Siever. | 40,000; 1/4 p.; NA; Eng. | VAu 338-165 | 18-Dec-95 |

| # | Image | Title | Code | Invoice | Date | Publication | Print run | ID | Application Date |
|---|---|---|---|---|---|---|---|---|---|
| 4 | | Carr Clifton/Glacier Bay National Park, AK | 93-SS-AK-3 | Invoice No. 10681 | Jan. 6, 1998 | Environmental Geology, 1988, by Merritts, deWet, and Menking | 40,000; 1/4p.; Eng.; U.S. | VAu 338-165 | 18-Dec-95 |
| 5 | | Carr Clifton/Jasper National Park, Alberta, CA | 92-12-AB-F | Invoice No. 11106 | Apr. 17, 2001 | Understanding Earth, 3ed, 2001, by Press & Siever. | 40,000; 1/4p.; Eng.; NA | VAu 338-163 | 29-Dec-95 |
| 6 | | Carr Clifton/Shawangunk Mountains, NY | 88-2-NY-C | Invoice No. 11106 | Apr. 17, 2001 | Understanding Earth, 3ed. 2001, by Press & Siever. | 40,000; 1/2p.; Eng.; NA | Service Request # 1-916647751 | Application Date: April 5, 2013 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | Carr Clifton/Glacier Bay National Park, AK | 93-55-AK-3 | Invoice No. 11106 | Apr. 17, 2001 | Understanding Earth, 3ed., 2001, by Press & Siever | 40,000; 1/4p.; Eng.; World | VAu 338-165 | 18-Dec-95 |
| 8 | Carr Clifton/Glacier Bay National Park, AK | 93-55-AK-2 | Invoice No. 11123 | Jul. 16, 2001 | Earth's Climate: Past & Future, 1ed., by Ruddiman | 10,000; 1/4p.; Eng.; NA | VAu 338-165 | 18-Dec-95 |
| 9 | Carr Clifton/Shawangunk Mountains, NY | 88-2-NY-C | Invoice No. 11305 | Aug. 11, 2003 | Understanding Earth, 4ed., 2003, by Press & Siever | 22,000; 1/8p.; Eng.; World | Service Request # 1-916647751 | Application Date: April 5, 2013 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | Carr Clifton/Glacier Bay National Park, AK | 93-55-AK-3 | Invoice No. 11305 | Aug. 11, 2003 | Understanding Earth, 4ed., 2003, by Press & Server World | 22,000; 1/4p.; Eng.; | VAu 338-165 | 18-Dec-95 |
| 11 | Carr Clifton/Shawangunk Mountains, NY | 88-2-NY-C | Invoice No. 11368 | June 14, 2004 | Understanding Earth, 4ed., 2003, by Press & Server, electronic edition | 3 years; 1/8p. | Service Request # 1-916647751 Application Date: April 5, 2013 | |
| 12 | Carr Clifton/Glacier Bay National Park, AK | 93-55-AK-3 | Invoice No. 11368 | June 14, 2004 | Understanding Earth, 4ed., 2003, by Press & Server, electronic edition | 3 years; 1/4p. | VAu 338-165 | 18-Dec-95 |

| 13 | | Carr Clifton/Glacier Bay National Park, AK | 93-SS-AK-3 | Invoice No. 11420 | Oct. 22, 2010 | Understanding Earth, 6ed., by Grotzinger & Jordan | 40,000; 1/4p., world; e-supplements including: book companion website/instructor's resource website & e-book. Use of images in advertising limited to "product shot" only. | VAu 338-165 | 18-Dec-95 |