UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARR CLIFTON,<br><br>       Plaintiff,<br><br>v.<br><br>MACMILLIAN PUBLISHERS LTD.,<br><br>       Defendant. | Case No. 13-cv-02291-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 24 |

The parties stated on the record on December 13, 2013, that they have settled this action. ECF No. 24. Accordingly, all deadlines and hearings in this case, including the case management conference scheduled for December 18, are hereby VACATED. By January 27, 2014, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: December 16, 2013

_____
JON S. TIGAR
United States District Judge