1  Christopher Seidman (SBN 98884)
   Harmon & Seidman LLC
2  101 South Third Street, Suite 265
   Grand Junction, Colorado 81501
3  Tel:  (970) 245-9075
   Fax:  (970) 245-8086
4  E-mail:  chris@harmonseidman.com

5  Robert W. Crockett (SBN 79918)
   Harmon & Seidman LLC
6  33 Spindrift Passage
   Corte Madera, California 94925
7  Tel:  (415) 945-1830
   E-mail: robert@harmonseidman.com

8  *Attorneys for Plaintiff Carr Clifton*

9  Robert Balin (NY State Bar No. 2126860) (*Pro Hac Vice Pending*)
   DAVIS WRIGHT TREMAINE LLP
10 1633 Broadway, 27th Floor
   New York, New York 10019-6708
11 Telephone:    (212) 489-8230
   Facsimile:    (212) 489-8340
12 Email:        robbalin@dwt.com

13 Duffy Carolan (CA State Bar No. 154988)
   DAVIS WRIGHT TREMAINE LLP
14 505 Montgomery Street, Suite 800
   San Francisco, California  94111
15 Telephone:    (415) 276-6500
   Facsimile:    (415) 276-6599
16 Email:        duffycarolan@dwt.com

17

18 *Attorneys for Defendant Macmillan Publishers Ltd.*

19                UNITED STATES DISTRICT COURT

20                NORTHERN DISTRICT OF CALIFORNIA

21 | CARR CLIFTON,              )
22 |                            )  Case No. 3:13-CV-2291-KAW
   |            Plaintiff,      )
23 |                            )  **STIPULATION OF DISMISSAL**
   | v.                         )
24 |                            )
   | MACMILLAN PUBLISHERS LTD., )
25 |                            )
   |            Defendant.      )
26 | _____)

27

28
                                    1

STIPULATION OF DISMISSAL
CASE NO. 3:13-CV-2291-KAW

1  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties,
2  through their undersigned counsel, hereby stipulate that the above-captioned action is voluntarily
3  dismissed WITH PREJUDICE.  The Parties are to bear their own costs and attorneys' fees.

DATED:  January 24, 2014

| Plaintiff Carr Clifton, by his attorneys, | Bedford, Freeman & Worth Publishing Group, LLC (sued as Defendant Macmillan Publishers Ltd.), by its attorneys, |
|---|---|
| */s/ Christopher Seidman* <br> Christopher Seidman (SBN 98884) <br> Harmon & Seidman LLC <br> 101 South Third Street, Suite 265 <br> Grand Junction, Colorado 81501 <br> Tel:  (970) 245-9075 <br> Fax:  (970) 245-8086 <br> E-mail:  chris@harmonseidman.com <br><br> Robert W. Crockett (SBN 79918) <br> Harmon & Seidman LLC <br> 33 Spindrift Passage <br> Corte Madera, California 94925 <br> Tel:  (415) 945-1830 <br> E-mail:  robert@harmonseidman.com | */s/ Duffy Carolan* <br> Duffy Carolan (CA State Bar No. 154988) <br> DAVIS WRIGHT TREMAINE LLP <br> 505 Montgomery Street, Suite 800 <br> San Francisco, California  94111 <br> Telephone:     (415) 276-6500 <br> Facsimile:      (415) 276-6599 <br> Email:           duffycarolan@dwt.com <br><br> Robert Balin (NY State Bar No. 2126860) <br> (*Pro Hac Vice Pending*) <br> DAVIS WRIGHT TREMAINE LLP <br> 1633 Broadway, 27th Floor <br> New York, New York 10019-6708 <br> Telephone:     (212) 489-8230 <br> Facsimile:      (212) 489-8340 <br> Email:           robbalin@dwt.com |

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of 18 years, and not a party to the above-entitled action. My business address is 33 Spindrift Passage, Corte Madera, California 94925.

I hereby certify that on January 24, 2014 I caused the foregoing STIPULATION OF DISMISSAL to be filed via the CM/ECF system, which will serve a Notice of Electronic Filing to all counsel of record, including the following:

Duffy Carolan
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: duffycarolan@dwt.com

I declare under penalty of perjury under the laws of the United States of America that I am a member of the bar of this Court and that the foregoing is true and correct.

Executed on January 24, 2014 at Corte Madera, California.

/s/ Robert W. Crockett

Robert W. Crockett (SBN 79918)
Harmon & Seidman LLC
33 Spindrift Passage
Corte Madera, California 94925
Tel: (415) 945-1830
E-mail: robert@harmonseidman.com